Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
George L. Paul (*pro hac vice*)
gpaul@whitecase.com
Lucius B. Lau (*pro hac vice*)
alau@whitecase.com
White & Case LLP
701 Thirteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc.,*
*Toshiba America Information Systems, Inc.,*
*Toshiba America Consumer Products, L.L.C.,*
*and Toshiba America Electronic Components, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| IN RE: CATHODE RAY TUBE (CRT) ANTITRUST LITIGATION | Case No. 07-5944 SC<br>MDL No. 1917 |
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF GEORGE L. PAUL** |

PLEASE TAKE NOTICE that George L. Paul hereby enters his appearance *pro hac vice* in these actions on behalf of defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc. Mr. Paul is admitted to practice and in good standing in the United States District Court for the District of Columbia, among other courts.

1  Dated: May 8, 2008

Respectfully submitted,

**WHITE & CASE** LLP

By: /s/ George L. Paul
Christopher M. Curran (*pro hac vice*)
George L. Paul (*pro hac vice*)
Lucius B. Lau (*pro hac vice*)
701 Thirteenth Street, N.W.
Washington, D.C. 20005
tel.: (202) 626-3600
fax: (202) 639-9355

*Counsel to Defendants Toshiba America, Inc., Toshiba America Information Systems, Inc., Toshiba America Consumer Products, L.L.C., and Toshiba America Electronic Components, Inc.*

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

# CERTIFICATE OF SERVICE

*In Re:  Cathode Ray Tube (CRT) Antitrust Litigation,*
**Case No. C 07-5944 SC, MDL No. 1917 (N.D. Cal.)**

I, Ted Booth, legal assistant, declare that I am over the age of eighteen (18) and not a party to the within action. I am employed at the law firm of White & Case LLP, 701 Thirteenth Street NW, Washington DC 20005.

On May 8, 2008, I filed the foregoing Notice of Appearance of George L. Paul with the Clerk of the Court using the Official Court Electronic Document Filing System, which served copies on all interested parties registered for electronic filing. I also certify that I mailed a true copy of the foregoing document by first-class mail to the following non-CM/ECF participants:

Patrick J. Ahern
Karen Sewell
Roxane Busey
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph Drive
Chicago IL 60601

Barry J. Bendes
Joseph E. Czerniawski
Anthony J. Viola
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, NY 10022

Anthony J. Bolognese
Joshua H. Grabar
BOLOGNESE & ASSOCIATES, LLC
1500 JFK Boulevard
Philadelphia, PA 19102

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

| | |
|---|---|
| 1 | Issac L. Diel |
| 2 | SHARP MCQUEEN |
| | 6900 College Boulevard, Suite 285 |
| 3 | Overland Park, KS 66211 |
| 4 | |
| | Lori A. Fanning |
| 5 | Matthew E. Van Tine |
| | MILLER LAW LLC |
| 6 | 115 South LaSalle Street, Suite 2910 |
| 7 | Chicago, IL 60603 |
| 8 | |
| | John Gressette Felder, Jr. |
| 9 | MCGOWAN HOOD FELDER AND JOHNSON |
| 10 | 1405 Calhoun Street |
| | Columbia, SC 29201 |
| 11 | |
| 12 | Traviss Levine Galloway |
| | ZELLE HOFMANN VOELBEL MASON & GETTE |
| 13 | 44 Montgomery Street, Suite 3400 |
| 14 | San Francisco, CA 94104 |
| 15 | |
| | Martin E. Grossman |
| 16 | LAW OFFICES OF MARTIN E. GROSSMAN |
| | 2121 Green Brier Drive |
| 17 | Villanova, PA 19085 |
| 18 | |
| | Richard M. Hagstrom |
| 19 | ZELLE HOFMANN VOELBEL MASON & GETTE LLP |
| 20 | 500 Washington Avenue South, Suite 4000 |
| | Minneapolis, MN 55415 |
| 21 | |
| 22 | Krishna B. Narine |
| | SCHIFFRIN & BARROWAY, LLP |
| 23 | Three Bala Plaza East, Suite 400 |
| 24 | Bala Cynwood, PA 19004 |
| 25 | |
| | Mark Reinhardt |
| 26 | REINHARDT WENDORF & BLANCHFIELD |
| | East 1250 First National Bank Building |
| 27 | 322 Minnesota Street |
| 28 | St. Paul, MN 55101 |

NOTICE OF APPEARANCE OF GEORGE L. PAUL
Case No. 07-5944 SC
MDL No. 1917
2

Jean B. Roth
Lawrence P. Schaefer
Seymour J. Mansfield
MANSFIELD TANICK & COHEN
1700 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402-4511

Roger Martin Schrimp
DAMRELL NELSON SCHRIMP PALLIOS PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354

Imtiaz A. Siddiqui
LOVELL STEWART HALEBIAN LLP
500 Fifth Avenue
New York, NY 10110

Donna F. Solen
MASON LAW FIRM
1225 19th Street, NW, Suite 500
Washington, DC 20036

John M. Taladay
BAKER & HOSTETLER
1050 Connecticut Avenue NW
Washington, DC 20036

Jonathan Mark Watkins
THE FURTH FIRM LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249


Ted Booth

NOTICE OF APPEARANCE OF GEORGE L. PAUL
Case No. 07-5944 SC
MDL No. 1917

3